UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRYL R. GEYER, | No. CV 08-0041-CJC (PLA) |
| Plaintiff, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| SAILOR (MTA), et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Defendants' motion to dismiss with respect to defendants Fortaleza and Taylor is granted.

3. All claims against defendants Fortaleza and Taylor are dismissed with prejudice.

4. All claims against defendant Coprica are dismissed without prejudice for failure to prosecute.

5. Defendants' motion to dismiss with respect to defendant Sailor is denied.

1  6. Defendant Sailor is ordered to file an answer to the First Amended Complaint within 20 days from the date of this order.

7. The clerk shall serve this order on all counsel or parties of record.

DATED: August 25, 2008

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE