# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

DARRYL R. GEYER,                         )   No. CV 08-0041-CJC (PLA)
                                         )
                Plaintiff,               )   **JUDGMENT**
                                         )
        v.                               )
                                         )
SAILOR (MTA), et al.,                    )
                                         )
                Defendants.              )
_____)

    Pursuant to the order adopting magistrate judge's report and recommendation, IT IS
ADJUDGED that this action is dismissed.

DATED: November 18, 2009

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE